IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 05-114 |
| ) | |
| LASH BRUMFIELD and ) | |
| LESLIE RIVERA BRUMFIELD, ) | |
| ) | |
| Defendants.   ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendants Lash Brumfield and Leslie Rivera Brumfield.

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: December 15, 2005

AND NOW, to wit, this 15 day of December, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendants.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge