IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05- 114-1 & 2 |
| LASH BRUMFIELD and LESLIE RIVERA BRUMFIELD, | : |
| Defendants. | : |

REDACTED

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 10, 2005, though and including April 12, 2005, in the State and District of Delaware and elsewhere, the defendants, LASH BRUMFIELD, LESLIE RIVERA, and another person known to the grand jury as A.D., conspired to illegally transport firearms from Delaware to New Jersey, in violation of Title 18, United States Code, Section 922(a)(3), and committed the following overt acts to effect the object of this conspiracy: LASH BRUMFIELD placed telephone calls to a firearms dealer in Delaware on April 10, 2005, and April 12, 2005, to inquire about purchasing firearms; and LESLIE RIVERA and A.D. purchased two firearms from a firearms dealer in Delaware on April 12, 2005, on behalf of LASH BRUMFIELD, which they then gave to LASH BRUMFIELD in New Jersey.

All in violation of Title 18, United States Code, section 371.

### COUNT II

On or about April 12, 2005, in the State and District of Delaware and elsewhere, the

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

defendants, LASH BRUMFIELD, LESLIE RIVERA, and another person known to the grand jury as A.D., not being licensed importers, manufacturers, dealers, and collectors of firearms, willfully did transport into and receive in the State of New Jersey, where defendants LASH BRUMFIELD and LESLIE RIVERA then resided, two firearms, to wit, a KBI/FEG .45 caliber pistol, model GKK45, serial no. AA005382, and a Llama .380 pistol, model Micromax, serial no. 71-04-11226-04, the firearms having been purchased by LESLIE RIVERA and A.D. in the State of Delaware, in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D) and Title 18, United States Code, Section 2.

## COUNT III

On or about April 12, 2005, in the State and District of New Jersey, the defendant, LASH BRUMFIELD, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 5, 2003, in the Superior Court for the State of New Jersey, did knowingly possess in and affecting commerce a firearm, to wit, a KBI/FEG .45 caliber pistol, model GKK45, serial no. AA005382, and a Llama .380 pistol, model Micromax, serial no. 71-04-11226-04, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT IV

On or about April 12, 2005, in the State and District of New Jersey, the defendant, LESLIE RIVERA, knowingly disposed of a firearm, to wit, a KBI/FEG .45 caliber pistol, model GKK45, serial no. AA005382, and a Llama .380 pistol, model Micromax, serial no. 71-04-11226-04, to LASH BRUMFIELD, knowing and having reasonable cause to believe that LASH BRUMFIELD had been convicted of a crime punishable by imprisonment for a term exceeding

one year, to wit, a conviction on or about December 5, 2003, in the Superior Court for the State of New Jersey, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

A TRUE BILL;

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____          Date: December 15, 2005
Adam Safwat
Assistant United States Attorney