IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05- 114-1-UNA |
| LASH BRUMFIELD, | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR BENCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of a warrant for the arrest of Lash Brumfield as a result of the Indictment returned against him on December 6, 2005, in the above-referenced case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: December 15, 2005

AND NOW, this ___ day of December, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant be issued for the arrest and apprehension of Lash Brumfield.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE