IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-114 |
| | ) |
| LASH BRUMFIELD, and | ) |
| LESLIE BRUMFIELD, | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed   There is no further need to maintain the file under seal, as both defendants have been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated:   January 12, 2006

\* \* \*

AND NOW, this _____ day of January, 2006, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED.**

THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE