*FILED IN OPEN*
*COURT 1/12/06*
*KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
                                     )    CASE NO.  CR 05-114
     vs.                             )
                                     )
  **LASH BRUMFIELD**                 )
                                     )
          Defendant.                 )

## O R D E R

     The financial inability of the defendant to retain counsel

having been established by the Court, and the defendant not

having waived the appointment of counsel,

     It is on this *12th* day of *January*, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal

Public Defender for the District of Delaware is hereby appointed

to represent said defendant in the cause until further order of

the Court.



_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

FILED

JAN 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE