AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

LASH BRUMFIELD

**WARRANT FOR ARREST**

Case Number: CR 05-114-1-UNA

SEALED [crossed out] UNSEALED 1/12/06 KJK

[stamp: 2006 JAN 13 AM 9:35 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LASH BRUMFIELD _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation | Probation Violation Petition

charging him or her    (brief description of offense)

CONSPIRACY TO VIOLATE 18:922(a)(3);
AIDING AND ABETTING TRANSPORTATION OF FIREARMS INTO NEW JERSEY FROM DELAWARE;
POSSESSION OF A FIREARM BY A FELON

in violation of _____ 18 _____ United States Code, Section(s) _____ 371 _____

Peter T. Dalleo
Name of Issuing Officer

By: [signature]; DEPUTY CLERK
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

December 16, 2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

[stamp: FILED JAN 13 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____ Lash Brumfield _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-16-05 | William Daniel, DUSM | [signature] William Daniel |
| DATE OF ARREST | | |
| 1-12-06 | | |