IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  LASH BRUMFIELD     CASE NO. CR 05-114-1-KAJ

The defendant, LASH BRUMFIELD, having been scheduled for arraignment on JANUARY 19, 2006 a continuance having been requested by COUNSEL FOR THE CODEFENDANT for the following reasons; DUE TO A SCHEDULING CONFLICT and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to JANUARY 26, 2006

(2) The period between JANUARY 19TH and JANUARY 26, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 1/26/06

[Signature]

FILED
JAN 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE