IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LASH BRUMFIELD, )<br>)<br>Defendant. ) | Criminal Action No. 05-114-1-KAJ |

### ORDER

WHEREAS, the Court accepted the Defendant's guilty plea in the above-captioned case on June 8, 2006;

WHEREAS, the Court determined that Defendant should have the opportunity to supplement the record regarding release status; and

WHEREAS, additional information has come to light indicating that the Defendant faces criminal charges in New Jersey,

IT IS HEREBY ORDERED that a hearing on Defendant's release status shall be held on **June 12, 2006 at 12:45 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

June 9, 2006
Wilmington, Delaware