IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-114-1-KAJ |
| LASH BRUMFIELD, | ) ) ) |
| Defendant. | ) |

### ORDER

WHEREAS, the Court heard argument from counsel on the defendant's release status on June 13, 2006;

IT IS HEREBY ORDERED that, as of the 13th day of June, 2006, the Defendant is detained and placed in the custody of the U.S. Marshals Service pending sentencing.

_____
UNITED STATES DISTRICT JUDGE
6/15/06

Wilmington, Delaware