IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 05-114-1-KAJ ) |
| LASH BRUMFIELD, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 14th day of **September, 2006**,

IT IS ORDERED that the sentencing hearing previously set for **September 8, 2006 at 2:00 p.m.** is hereby rescheduled to **September 26, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE