*Filed In Open Court 9/26/06* (NTC)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-114-KAJ |
| LASH BRUMFIELD, ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts One and Two of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated June 8, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: September 26, 2006

IT IS SO ORDERED this 26TH day of Sept, 2006.

_____
HONORABLE KENT A. JORDAN
United States District Court